# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MESSICK,<br><br>                Plaintiffs,<br><br>   v.<br><br>TECHNIPMC US HOLDINGS LLC, et al.<br><br>                Defendants. | Case No.: 1:17-cv-00608 LJO JLT<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE AN FIRST AMENDED COMPLAINT**<br><br>(Doc. 15) |

The parties filed a stipulation permitting the plaintiff to file an first amended complaint that is attached to the stipulation as Exhibit 1. Thus, the Court **ORDERS**:

1. The plaintiff may file his first amended complaint (attached to the stipulation as Exhibit 1) **no later than June 12, 2107**.

IT IS SO ORDERED.

   Dated:   **June 5, 2017**                         **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE