UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD MESSICK, an individual ) CASE NO. 1:17-CV-00608-LJO-JLT
)
Plaintiffs, )
)
vs. ) **ORDER APPROVING PAGA**
) **SETTLEMENT**
)
TECHNIPMC US HOLDINGS LLC, ) JUDGE LAWRENE O'NEIL
ET. AL. )
) MAGISTRATE JENNIFER L.
Defendants. ) THURSTON
)
_____ )

     After reviewing the JOINT STIPULATION RE: SETTLEMENT AND

RELEASE OF PAGA CLAIMS signed by all parties on January 24, 2018, the

court hereby approves the terms and conditions of that PAGA settlement in this

case.

IT IS SO ORDERED.

  Dated:  __**January 29, 2018**__        _____**/s/ Lawrence J. O'Neill**_____
                                           UNITED STATES CHIEF DISTRICT JUDGE